**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

December 18, 2025

**VIA ECF & EMAIL**

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Brandon Patterson*, No. 24-CR-262 (NRM)

Dear Judge Morrison:

    I write on behalf of defendant Brandon Patterson to request that the Court extend his curfew to 10:30 p.m. on December 20, 2025, and to 12:30 a.m. on New Year's Eve. These requests are being made so Mr. Patterson can spend time with his family to celebrate his birthday and the new year, respectively. On both nights, he will be at the home of his partner Shania Miller's sister in Staten Island. Ms. Miller is a co-signor to Mr. Patterson's bond and serves as his third-party custodian. She will be present with Mr. Patterson on both nights.

    Mr. Patterson is released on a curfew that only allows him to leave his house from 8:30 a.m. to 6:30 p.m. He cannot attend these events without a Court order.

    I have provided the address for Ms. Miller's sister to Pretrial Services. I requested Pretrial Services' position by email on the morning of December 16 but have not received a response as of this filing. The government informs me that it will defer to the position Pretrial Services takes.

    I thank the Court for its consideration of this motion.

Respectfully submitted,

/s/
Benjamin Yaster
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 330-1291
*Counsel for Brandon Patterson*

cc:     Counsel of record (via ECF)
        Tara Sarnelli, Pretrial Services (via email)